## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHRISTOPHER J. VIDETTO,

      Plaintiff,

      V.

WARDEN THOMAS CARROLL,

      Respondant.

CASE NO.        C 6 -    1 1 1

```
F I L E D

FEB 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

### PETITION UNDER 28 U.S.C. §
### 2254 FOR WRIT OF HABEAS CORPUS BY A
### PERSON IN STATE CUSTODY

---

### MOTION FOR
### APPOINTMENT OF COUNSEL

---

      **COMES NOW,** Christopher J. Videtto, Petitioner in the above caption matter, requesting that this Honorable Court appoint counsel to assist him with the complexity dealing with his Petition for Writ of Habeas Corpus, Pursuant to 18 U.S.C.A. § 3006A, and 28 U.S.C.A. § 1915(e)(1), for the reasons that follow herein;

      1.) The petitioner would like to have the assistance of counsel to help with the complex rules and procedures that he will face in obtaining relief. Since dealing with the state courts and the severe issues that are presented in the petition, and the denial from the courts below by disregarding the petitioners issues the assistance is justified where the issues have merit.

      2.) The petitioners request is made pursuant to 18 U.S.C.A. § 3006A, and 28 U.S.C.A. § 1915(e)(1), where its within this Courts discretion to appoint counsel for an indegent petitioner.

      3.) The petitioner would like counsel to assure that his Writ of Habeas Corpus is presented to the Court with the appropriate language as to his claims and the arguments therein.

4.) The petitioner being denied in state court and having reasonable issues
that deal with the Constitution should have counsel present these issues
to the Court to assure that his claims are being properly addressed and
that his rights are protected.

For the reasons that are made part of this motion for appointment of counsel, the
petitioner believes that he has satisfied the requirements in accordance to law, and is appreciative
that this Courts consideration of the surrounding facts be weighed in the petitioners favor, and
appoint counsel with out haste to assist the petitioner for the reasons disclosed above.

(Without Prejudice)

Respectfully Submitted,

Christopher J. Videtto, Pro Se.
# 492696
1181 Paddock Rd.
Smyrna, DE. 19977

Dated: 2/20/06