CHRISTOPHER J. VIDETTO
# 165188
P.O. BOX 90431
CAMDEN, N.J. 08101

CLERK OF COURT
DISTRICT COURT OF DELAWARE
U.S. COURTHOUSE
844 KING ST. LOCKBOX 18,
WILMINGTON, DE. 19801

06-111

February 20, 2006

FEB 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **WRIT OF HABEAS CORPUS**

DEAR CLERK,

    PLEASE FIND ENCLOSED ONE (1) ORIGINAL AND TWO (2) COPIES OF MY FEDERAL HABEAS CORPUS, PURSUANT TO 28 U.S.C.A. § 2254, ALSO ENCLOSED IS A MOTION FOR APPOINTMENT OF COUNSEL AS WELL AS A FORMA PAUPERIS APPLICATION, PLEASE FILE THESE APPROPRIATELY WITH THE COURT.

    IN ADDITION, I HAVE SENT ONE (1) COPY OF EACH TO THE RESPONDENT AND THE ATTORNEY GENERALS OFFICE, AS THE AFFIDAVIT OF SERVICE WILL SHOW.

    ALSO, PLEASE USE THE ADDRESS ON THE TOP OF THIS LETTER AS MY MAILING ADDRESS, WHEN THIS HABEAS CORPUS WAS COMPLETED I WAS UNDER THE IMPRESSION THAT I'D BE BACK IN DELAWARE FROM INTERSTATE AGREEMENT ON DETAINERS BY NOW, BUT SOME THINGS HAVE COME UP TO DELAY THAT, I WILL PROMPTLY NOTIFY YOU AS TO MY RETURN.

    THANK YOU IN ADVANCE FOR YOUR ASSISTANCE WITH THIS MATTER.

VERY TRULY YOURS,

CHRISTOPHER J. VIDETTO

cc:/ FILE
    WARDEN THOMAS CARROLL
    MARY JANE BRADY, ESQ.