Christopher J. Videtto
# 492696
1181 Paddock Rd.
Smyrna, De. 19977

Clerk of the District Court     March __/__, 2006
District of Delaware
844 King St. Lockbox 18
Wilmington, De. 19801     RE: <u>Address Change</u>     06-111(JJF)

Dear Clerk,

    I am writing in regards to the Federal Habeas Corpus I filed on the 20th of February 2006, I have since been transferred back to Delaware from New Jersey, and the new mailing address is listed above.
    Please, make the appropiate changes so that I am able to receive the necessary documents from yourself as well as the court in the matter of my habeas corpus.
    Also, I have not received anything as to the docketing of my habeas corpus, could you please send me something so that I have a record of the case number asigned to me. Thanking you in advance for your assistance.

Very Truly Yours,
Christopher J. Videtto, Pro Se.

cc:/ File
    Clerk of Distrct Court of Delaware
    Warden Thomas L. Carroll
    M. Jane Brady



FILED
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned





Clerk of the U.S. District Court
District of Delaware
844 King St - Lockbox 18
Wilmington, D.E. 19801

Christopher J. Violette
#492696
1181 Paddock Rd.
Smyrna, DE. 19977