

**Utility Events**
1:06-cv-00111-UNA Videtto v. Carroll et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 3/1/2006 at 4:06 PM EST and filed on 3/1/2006
**Case Name:** Videtto v. Carroll et al
**Case Number:** 1:06-cv-111
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-111 Notice will be electronically mailed to:**

**1:06-cv-111 Notice will be delivered by other means to:**

Christopher J. Videtto
# 165188
CCCF
P.O. Box 90431
Camden, NJ 08101