Christopher J. Videtto
#492696
1181 Paddock Rd.
Smyrna, DE. 19977

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 King St. Lockbox 18
Wilmington, DE. 19801

April 17, 2006

RE: Case # 06-111 (JJF)

**FILED APR 19 2006** — scanned — U.S. District Court, District of Delaware

Dear Mr. Dalleo,

I am writing in regards to my petition filed on 2/21/06. Along with my petition was a motion to Proceed in Forma Pauperis, in which I have yet to hear anything on. Actually, I haven't heard from your office or the court concerning any action that has been taken in my petition.

Please notify me as to the disposition of my case and the delay in moving this matter along. I know that the prison has in the past lost my legal mail. So I just want to inform you that I am incarcerated at DCC in Smyrna and pending this petition will be until 10/5/17 Oct. 5, 2017. Thank you.

Please check the mailing address you have listed for me should be the above.

Very Truely Yours
Christopher Videtto
Christopher Videtto

Christopher Violetta
#492696, #21 Qu10
1181 PADDock RD
SMYRNA, DE. 19977



WILMINGTON DE 197
18 APR 2006 PM 3 T

U.S.M.S
X-RAY

ATT: Peter T. Dalleo, Clerk
Office of The Clerk
United States District Court
844 King st. LockBox 18
Wilmington, DE. 19801

Legal
MAiL