IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. VIDETTO,     ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| v.                          ) | Civil Action No. 06-111-JJF |
| ) | |
| THOMAS C. CARROLL,          ) | |
| Warden, and CARL C.         ) | |
| DANBERG, Attorney           ) | |
| General of the State        ) | |
| of Delaware,                ) | |
| ) | |
| Respondents.  ) | |



FILED

MAY - 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1.    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner  *[signed] Christopher J. Videtto*

Christopher J. Videtto
#492696
1181 Paddock Rd.
Smyrna, DE. 19977

Peter T. Dalleo                                        April 28, 2006
Clerk of Court
844 King St. Lockbox 18
Wilmington, DE. 19801

      RE: 06-111-JJF

Dear Mr. Dalleo,

      Please find enclosed the required AEDPA Election Form that pertains too my case. Also is a Notice of Error and Correction, Please File This with The Court as well. It Relates To A Typo Error I Found while Reviewing The Petition To see if it needed To Be Amended.

               Thank You
               Very Truely Yours
               Chris V.



FILED
MAY - 1 2006
U.S. DISTRICT COURT
DISTRICT