In The United States District Court
For The District of Delaware

Christopher J. Videtto,
   Petitioner,

v.

Thomas C. Carroll,
Warden, And Carl C.
Danberg, Attorney
General of The State
of Delaware,
   Respondents.

Civil Action No. 06-111-JJF



FILED
MAY - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Notice of Error And Correction.

Upon Review of The Petition For Writ of Habeas Corpus, The Petitioner Noticed That The Following Should Be Corrected Dealing with The Date of The State Post Conviction Relief Motion.

1) On Page 2 of The Petition At 11.(a)(3) Reads; Date of Filing (if You Know): FEBRUARY 25 2003 Should Be Changed To Read; Date of Filing (if You Know): FEBRUARY 25, 2004. The Post Conviction was Filed in 2004 not 2003 As The Petitions Typo Error Reads.

April 28, 2006

Respectfully Submitted,
Christopher Videtto
Christopher Videtto
1181 Paddock Rd.
Smyrna, DE. 19977

FROM Christopher Violetto
SBI# 492696  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
29 APR 2006 PM 1 T

ATT: Peter T. Dalleo, Clerk
U.S. Courthouse
844 King St., Lockbox 18
Wilmington, DE.
19801

Legal Mail