The plaintiff, Christopher Joseph Davis, by this letter officialy requests discovery of information so that he may present his case in U.S. District court.

The plaintiff requests all official records concerning officer(s) Bishop and Mackert, including training, past complaints and violations, and mental/emotional evaluations and history.

Plaintiff requests copies of any/all manuels used to train these officers and a copy of the official town policy in reguard to what training need occur before said officers can officialy attain their posisitions of authority.

Plaintiff requests a history of all complaints filed against Dewey Beach, The Dewey Beach Police Dept. and individual officers reguarding concerns of the use of excessive force and other closely related civil rights violations while Mr. Mackert has held his position of Authority.

Furthermore, plaintiff requests detailed account of Mr. Mackert's role in hiring, and overseeing, Mr. Bishops performance as a Dewey Beach Police officer. Evaluations, inspections, recomendations or lack thereof.

Thank You

Christopher Joseph Davis

CASE # 05-583-JFF

225275

S.C.I. Key-C
P.O. Box 500
Georgetown DE 19947

FILED
MAY - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

## CERTIFICATE OF SERVICE

I, **Christophe Davis**, hereby certify that I have served a true and correct copy of the attached **Request for Discovery** upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Kevin J. Connors | 1220 Market St (5th Floor) | Wilmington DE 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This **26** day of **April**, **2006**.

Christopher Desu
I/M: 225221  BLDG: KSD
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
APR 28 06
19947

District Court
Lock Box 18
King Street
Wilmington DE
19801