D.I. #_____

# CIVIL ACTION
# NUMBER: _____06cv111_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

             OFFICIAL USE
Postage            $   1.20
Certified Fee          2.40
Return Receipt Fee     1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 8.45

Sent To     WARDEN TOM CARROLL
            DELAWARE CORRECTIONAL CENTER
Street, Apt. No.;
or PO Box No.  1181 PADDOCK RD.
City, State, ZIP+4  SMYRNA, DE 19977

PS Form 3800, June 2002       See Reverse for Instructions
```

7005 1820 0004 3169 6046