D.I. # _____

# CIVIL ACTION
# NUMBER:     06 CV 111

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage           $ 4.20
Certified Fee       2.40
Return Receipt Fee  1.85
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 8.45

Sent To: LOREN MEYERS
         DEPUTY ATTORNEY GENERAL
Street, Apt. No.; DEPARTMENT OF JUSTICE
or PO Box No.    820 N. FRENCH STREET
City, State, ZIP+4  WILMINGTON, DE 19801

PS Form 3800, June 2002
```