IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER J. VIDETTO**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-111-JJF |
| **THOMAS L. CARROLL**, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME TO FILE**
**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Christopher J. Videtto, has applied for federal habeas relief challenging his 2002 conviction by a Superior Court jury for second degree burglary, second degree conspiracy, and theft of firearms. D.I. 2. The undersigned filed an answer to the petition on August 11, 2006.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large caseloads of prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records from the Delaware Supreme Court in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the remaining records on or before September 11, 2006.

4.  Respondents submit that an extension of time to September 11, 2006 in which to file certified copies of the material portions of the state supreme court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date:  August 11, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  August 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed a motion for extension of time to file state records with the Clerk of Court using CM/ECF. I also hereby certify that on August 11, 2006, I have mailed by United States Postal Service, two copies of the same document to the following non-registered participant:

Christopher J. Videtto
SBI No. 492696
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTOPHER J. VIDETTO**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-111-JJF |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified copies of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that the certified state court records shall be filed on or before September 11, 2006.

_____
United States District Judge