IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. VIDETTO, | : | |
| Petitioner, | : : | |
| v. | : : | Civil Action No. 06-111-JJF |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General for the State of Delaware, | : : : : : | |
| Respondents. | : : | |

**O R D E R**

At Wilmington this 23 day of August, 2006;

IT IS ORDERED that:

Petitioner Christopher J. Videtto's Motion for Admittance of Oral Argument, filed pursuant Federal Rule of Appellate Procedure 34(a), is **DENIED**. (D.I. 8.) Federal Rule of Appellate Procedure 34(a) does not apply to the instant proceeding.

Similarly, to the extent Petitioner's Motion may be construed as a motion for an evidentiary hearing filed pursuant to 28 U.S.C. § 2254(e) and Rule 8(a), 28 U.S.C. foll. § 2254, the Court concludes that Petitioner has failed "'to forecast any evidence beyond that already contained in the record' that would help his cause, 'or otherwise explain how his claim would be advanced by an evidentiary hearing.'" Campbell v. Vaughn, 209

F.3d 280, 286-87 (3d Cir. 2001)(quoting <u>Cardwell v. Greene</u>, 152 F.3d 331, 338 (4th Cir. 1998).

_____
UNITED STATES DISTRICT JUDGE