IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **CHRISTOPHER J. VIDETTO**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-111-JJF |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief (Nos. 714, 2002 & 8, 2003)

    b. State's Motion to Affirm (Nos. 714, 2002 & 8, 2003)

    c. Order (July 18, 2003) (Nos. 714, 2002 & 8, 2003)

    d. Appellant's Opening Brief & Appendix (No. 493, 2005)

    f. State's Motion to Affirm (No. 493, 2005)

    g. Order (January 24, 2006) (No. 493, 2005).

    2.  Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0104008670 has been manually filed with the Court and is available in paper form only.

                                                 /s/ Elizabeth R. McFarlan  
                                                 Deputy Attorney General  
                                                 Department of Justice  
                                                 820 N. French Street  
                                                 Wilmington, DE 19801  
                                                 (302) 577-8500  
                                                 Del. Bar. ID No. 3759  
                                                 elizabeth.mcfarlan@state.de.us

August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on August 28, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Christopher J. Videtto
    SBI No. 492696
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us