IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER J. VIDETTO,               :
                                      :
           Petitioner,                :
                                      :
     v.                               :   Civ. Act. No. 06-111-JJF
                                      :
THOMAS CARROLL, Warden, and           :
ATTORNEY GENERAL OF THE STATE         :
OF DELAWARE,                          :
                                      :
           Respondents.               :

### O R D E R

At Wilmington, this 22 day of March, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Christopher J. Videtto's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE