NOTICE OF APPEAL
TO
UNITED STATES COURT OF APPEALS, THIRD CIRCUIT

United States District Court for the District of Delaware

Circuit Court No. _____

District Court No. 06-111-JJF

CHRISTOPHER J. VIDETTO,
        Appellant,
v.
THOMAS CARROLL, Warden, and
ATTORNEY GENERAL OF THE STATE
OF DELAWARE,
        Respondent.



FILED
APR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE OF APPEAL

Notice is given that, Christopher J. Videtto, Pro Se, Petitioner above-named, appeals to the United States Court of Appeals for the Third Circuit from the order denying petitioner's application for writ of habeas corpus entered in this proceedings on March 22, 2007 (see attached order) by the Honorable District Judge Joseph J. Farnan, Jr.

March 28, 2007

Respectfully Submitted,

Christopher J. Videtto, Pro Se.
# 492696
1181 Paddock Rd.
Smyrna, DE. 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. VIDETTO, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-111-JJF |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

### ORDER

At Wilmington, this 22 day of March, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Christopher J. Videtto's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Christopher J. Videtto, hereby certify that on this 28th day of March 2007, I have mailed by United States Postal Service via D.C.C. mailing system the attached Notice of Appeal and In Forma Pauperis motion to the following:

Elizabeth R. McFarlan, Esq.
Deputy Attorney General
Department of Justice
820 N. French St
Wilmington, DE. 19801

Christopher J. Videtto, Pro Se.
# 492696
1181 Paddock Rd.
Smyrna, DE. 19977

I/M: Christopher J. Videtto
SBI# 492696   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Court
United States District Court
District of Delaware
844 King St., Lockbox 18
Wilmington, D.C.
19801