CLD-353                                                                August 23, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-1997**

CHRISTOPHER J. VIDETTO

    VS.

WARDEN THOMAS CARROLL; ET AL.

    (D. DEL. CIV. NO. 06-CV-00111)


Present:     RENDELL, SMITH AND JORDAN, <u>CIRCUIT JUDGES</u>

    Submitted are:

    (1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

    (2)    Appellant's motion for appointment of counsel;

    in the above-captioned case.

                              Respectfully,


                              Clerk

MMW/JTD/nf/cmd

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Appellant has failed to demonstrate that jurists of reason would debate the correctness of the District Court's disposition of any of Appellant's claims for relief. <u>See</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 338 (2003) (citing <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000)). Accordingly, and for substantially the reasons given by the District Court, we conclude that Appellant has failed to make a substantial showing of the denial of a constitutional right with respect to

any cognizable claim.  See 28 U.S.C. § 2253(c)(2).  Appellant's motion for appointment of counsel is denied.

>By the Court,
>
>  /s/ Kent A. Jordan
> Circuit Judge

Dated: September 21, 2007
CMD/cc: Christopher J. Videtto, Esq.
       Elizabeth R. McFarlan, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk